**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SHAQUILLE CARTER                                                                                    PLAINTIFF

v.                                           5:16CV00288-JM-JTK

TASHA CLARK, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 26th day of October, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE